1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LIEM HIEU LE,

11         Plaintiff,                    No. CIV S-06-2020 DFL KJM PS

12      vs.

13   CITY OF STOCKTON, et al.,

14         Defendants.                   ORDER

15   _____/

16       Plaintiff, proceeding pro se, filed the above-entitled

17   action.  The matter was referred to a United States Magistrate

18   Judge pursuant to Local Rule 72-302(c)(21).

19       On November 6, 2006, the magistrate judge filed findings and

20   recommendations herein which were served on the parties and which

21   contained notice to the parties that any objections to the

22   findings and recommendations were to be filed within ten days.

23   Objections to the findings and recommendations have been filed.

24       In accordance with the provisions of 28 U.S.C.

25   § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a

26   de novo review of this case.  Having carefully reviewed the

1

1  entire file, the court declines to adopt the findings and

2  recommendations.

3       In his complaint, plaintiff claims that this court has

4  diversity jurisdiction under 28 U.S.C. § 1332.  But plaintiff

5  admits that both he and the defendant are California citizens.

6  Moreover, plaintiff fails to allege that the amount in

7  controversy is over $75,000.  While plaintiff alleges the

8  defendant discriminated against him, it is unclear whether

9  plaintiff intends to plead a federal cause of action given he

10  claims that this court has jurisdiction solely because of

11  diversity.  Because it finds that it lacks subject matter

12  jurisdiction, the court does not reach the issue of whether

13  abstention is appropriate in this case.

14       Accordingly, IT IS HEREBY ORDERED that defendant's motion to

15  dismiss is granted due to lack of federal subject matter

16  jurisdiction.  Plaintiff shall have an opportunity to amend its

17  complaint within thirty days from the date of this order.

18

19  DATED:   02/27/2007

20

21

22

23                                    /s/ David F. Levi
                                      _____

24                                    UNITED STATES DISTRICT JUDGE

25  Le2020.jo

26